**USDC - DVT**
**2:23-cv-569**

| | | |
|---|---|---|
| VERMONT SUPERIOR COURT<br>Orleans Unit<br>247 Main Street<br>Newport VT  05855<br>802-334-3305<br>www.vermontjudiciary.org |  | CIVIL DIVISION<br>Case No. 23-CV-02318 |

> **Frank Highley v BAART Clinic et al**

### PRELIMINARY ASSESSMENT OF PRISONER'S PETITION

This case was filed on May 30, 2023.  It has been reviewed by the Court and is deemed to be the following:

☐ **Habeas Corpus**            .

☐ **Habeas Corpus, wrong venue**. This is a habeas case but is filed in the wrong court. It is therefore dismissed. It can be refiled in the county in which Plaintiff is being held.
*See* 12 V.S.A. § 3953.

☐ **Post-Conviction Relief**

☐ **Post-Conviction Relief, wrong venue**. This petition is for post-conviction relief but has been filed in the wrong court. It is therefore dismissed. It can be refiled in the county in which the sentence was imposed. *See* 13 V.S.A. § 7131.

☐ **Rule 75**
Inmate is responsible for service by waiver of service form.  See VRCP 4(1).

☒ **Regular Civil Claim**.
Inmate is responsible for service by waiver of service form. *See* V.R.C.P. 4(1).  Despite Inmate's recitation that his complaint falls under V.R.C.P. 75, Inmate's complaint primarily seeks monetary damages against the Defendants under a theory of medical malpractice.  As such, this is a private civil claim.

☐ **Other**:

Electronically signed on 6/11/2023 11:02 AM pursuant to V.R.E.F. 9(d)

_____
Daniel Richardson
Superior Court Judge